# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 11, 2025

## NO. 03-22-00677-CV

**Mark Sayers; Jennifer Sayers; Canyon Power Solutions, LLC;
Power Solutions Group, LLC f/k/a Union Critical Power Solutions, LLC;
Sayers Real Estate and Development, LLC; and Sayers Construction, LLC, Appellants**

**v.**

**The City of Bryan, Texas and Bryan Texas Utilities, Appellees**

## APPEAL FROM THE 22ND DISTRICT COURT OF HAYS COUNTY
## BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
## DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE THEOFANIS

This is an appeal from the order signed by the trial court. Having reviewed the record, the Court holds that Mark Sayers; Jennifer Sayers; Canyon Power Solutions, LLC; Power Solutions Group, LLC f/k/a Union Critical Power Solutions, LLC; Sayers Real Estate and Development, LLC; and Sayers Construction, LLC have not prosecuted their appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.